# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PREPARED FOOD PHOTOS, INC. f/k/a ADLIFE MARKETING & COMMUNICATION CO., INC.,** | 8:24CV91 |
| **Plaintiff,** | |
| vs. | ORDER TO SHOW CAUSE |
| **PINPOINT CARD, INC. d/b/a PINPOINT REWARDS,** | |
| **Defendant.** | |

This matter comes before the court after a review of the docket and pursuant to NECivR 41.2, which provides, "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

Plaintiff commenced this action on March 6, 2024. (Filing No. 1). On May 20, 2024, Plaintiff filed Proof of Service purporting to show Defendant was personally served through "James Barnes" on May 14, 2024. (Filing No. 8). To date, Defendant has not filed any responsive pleading or otherwise appeared in this case, and Plaintiff has taken no further action against Defendant. Plaintiff has a duty to prosecute the case and may, for example, seek default in accordance with the applicable rules, voluntarily dismiss this action, or take other action as appropriate. Under the circumstances, Plaintiff must make a showing of good cause for failure to prosecute, or the action will be dismissed for lack of prosecution. Accordingly,

**IT IS ORDERED:** On or before **July 31, 2024**, Plaintiff must show cause why this case should not be dismissed for failure to prosecute, or take some other appropriate action.

Dated this 8th day of July, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge