IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PREPARED FOOD PHOTOS, INC., f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

          Plaintiff,

    vs.

PARADIGM SOLUTIONS CORP., d/b/a
PINPOINT REWARDS,

          Defendant.

**8:24CV91**

**ORDER ON STIPULATION OF
DISMISSAL WITH PREJUDICE**

This case is before the Court on the parties' Stipulation of Dismissal with Prejudice, signed by counsel for the parties. Filing 40. The parties state that they have entered into a confidential settlement agreement that fully resolves this lawsuit. Consequently, they stipulate to dismissal with prejudice of all claims asserted in this case in any pleading, with each party to bear its own attorneys' fees and costs. Accordingly,

IT IS ORDERED that the parties' Stipulation of Dismissal with Prejudice, signed by counsel for the parties, Filing 40, is accepted, and all claims in this matter are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 14th day of April, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1